UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 23-mj-33 (RMM) |
| | ) |
| Brian McGee, *defendant* | ) |

NOTICE OF APPEARANCE
(Defendant)

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, II, appointed by this Court under the Criminal Justice Act as attorney of record for the defendant *nunc pro tunc* to February 21, 2023.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF Katherine Fifield,, Esq., U.S. Dept. of Justice (CRM), 1301 New York Ave., N.W., Washington, D.C. 20530, this 28th day of February, 2023.

/s/
_____
*Nathan I. Silver, II*